# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 24-1293**  **September Term, 2024**

**MSHR-LAKE2021-0160**
**MSHR-WEVA2022-0403**

**Filed On:** April 14, 2025

Secretary of Labor, Mine Safety and Health
Administration,

      Petitioner

    v.

Knight Hawk Coal, LLC and Federal Mine
Safety and Health Review Commission,

      Respondents

-------------------------------

Consolidated with 24-1356

**No. 25-1077**

**MSHR-WEVA2022-0176**
**MSHR-WEVA2022-0350**

Secretary of Labor, Mine Safety and Health
Administration,

      Petitioner

    v.

Bluestone Oil Corporation and Federal Mine
Safety and Health Review Commission,

      Respondents

**O R D E R**

Upon consideration of the unopposed motion to consolidate, it is

# United States Court of Appeals
### For The District of Columbia Circuit

───────────

**No. 24-1293**  **September Term, 2024**

      **ORDERED** that the motion be granted and the above-captioned cases be consolidated. The deadline in the court's order filed on March 24, 2025 in No. 24-1293, et al., remains in effect.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

**By:** /s/
Elbert Lestrade
Deputy Clerk