# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-1293** | **September Term, 2025** |
| | MSHR-LAKE2021-0160 |
| | MSHR-WEVA2022-0176 |
| | MSHR-WEVA2022-0350 |
| | MSHR-WEVA2022-0403 |
| | **Filed On:** October 20, 2025 |

Secretary of Labor, Mine Safety and Health Administration,

      Petitioner

    v.

Knight Hawk Coal, LLC and Federal Mine Safety and Health Review Commission,

      Respondents

------------------------------

Consolidated with 24-1356, 25-1077

**No. 24-1294**

                            MSHR-LAKE2021-0145
                            MSHR-PENN2021-0108
                                MSHR-SE2021-0112
                                MSHR-SE2021-0134
                         MSHR-WEVA2021-0294
                         MSHR-WEVA2022-0260
                          MSHR-YORK2021-0023
                          MSHR-YORK2022-0003

Secretary of Labor, Mine Safety and Health Administration,

      Petitioner

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-1293** | **September Term, 2025** |

v.

Crimson Oak Grove Resources LLC, et al.,

      Respondents

-----------------------------

Consolidated with 24-1357

    **BEFORE:**   Millett, Pillard, and Katsas, Circuit Judges

## O R D E R

    Upon consideration of the motions to amend this court's order dated August 6, 2025, it is

    **ORDERED** that the motions be granted. That order is hereby amended by replacing "on behalf of the Federal Mine Safety and Health Review Commission" with "in support of the Federal Mine Safety and Health Review Commission's orders" and "In addition to presenting arguments on behalf of the Commission" with "In addition."

### Per Curiam

                         **FOR THE COURT:**
                         Clifton B. Cislak, Clerk

           BY:    /s/
                     Selena R. Gancasz
                     Deputy Clerk